NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Angelica K. Weber (SBN 291811)
Christopher Carney (SBN 328367)
Law Offices of Weber & Weber
221 E. Glenoaks Boulevard, Suite 107
Glendale, California 91207
Tel. 818-502-9200 Fax 818-502-9265
Email: aw@weber4law.com
cc@weber4law.com

ATTORNEY(S) FOR: Plaintiff IAN ROBINSON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IAN ROBINSON | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., and DOES 1 through 50, inclusive | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff IAN ROBINSON _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| IAN ROBINSON | Plaintiff |
| AMERICAN INTERNATIONAL GROUP, INC. | Defendant |

| January 27, 2021 | /s/ Christopher P. Carney |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff IAN ROBINSON

CV-30 (05/13)                          NOTICE OF INTERESTED PARTIES