UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-00749-RGK-MRW | Date | January 14, 2022 |
|---|---|---|---|
| Title | *Ian Robinson v. American International Group, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order to Show Cause Re: Untimely Filing of Brief

On July 12, 2021, the Court held a Scheduling Conference in this matter. It calendared a court trial on the briefs and ordered the following briefing schedule:

- Opening briefs due January 4, 2022
- Opposition briefs due January 24, 2022
- Reply briefs due February 17, 2022

(*See* ECF No. 25.) Defendant filed a timely opening brief on January 4, styling its brief as a Motion for Summary Judgment. (*See* ECF No. 28.)

Plaintiff filed a motion, also styled as a Motion for Summary Judgment, on January 13, 2022—nine days after the opening brief deadline. (*See* ECF No. 38.) Plaintiff is therefore **ORDERED** to show cause in writing as to why the Court should not strike his opening brief as untimely. Plaintiff must respond no later than Tuesday, January 18, 2022. Failure to respond will result in the Court striking Plaintiff's brief.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer
_____